IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MELTON CULBERSON PLAINTIFF

v. Case No. 1:25-cv-1085

EL DORADO POLICE DEPARTMENT;
and CITY OF EL DORADO DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 189. Judge Ford Recommends that Defendants' Motion for Summary Judgment (ECF No. 130) be granted because Defendants Reynolds and Bradshaw are not employees of the City of El Dorado or EDPD.[1] Although Plaintiff submitted several supplemental filings, they do not address the R&R or specifically object to the R&R. ECF Nos. 190, 195, 196, 198-213. However, even a liberal construction of Plaintiff's objection does not reveal a coherent attack on Judge Ford's reasoning and determination that Plaintiff failed to state his claims that Reynolds and Bradshaw are employees of the City of El Dorado or EDPD. Thus, the Court need only review the R&R for clear error. *See Thompson v. Nix*, 897 F.2d 356 (8th Cir. 1990).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 189) *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 130) is hereby **GRANTED**. Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of October 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] Defendants Reynolds and Bradshaw were previously dismissed from the case. ECF No. 122.