IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MELTON CULBERSON PLAINTIFF

v. Case No. 1:25-cv-1085

EL DORADO POLICE DEPARTMENT;
and CITY OF EL DORADO DEFENDANTS

**JUDGMENT**

On April 10, 2026, Defendants Reynolds and Bradshaw were dismissed from the case. ECF No. 122. On October 27, 2026, the Court entered an Order adopting the Report and Recommendation filed on July 29, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. In that Order, the Court granted Defendant's Motion for Summary Judgment (ECF No. 130) because Plaintiff failed to state his claims that Reynolds and Bradshaw are employees of the City of El Dorado or EDPD. This Court issued an Order (ECF No. 214) on October 27, 2026, dismissing the remaining claims in this case. Because all claims in this case have now been dismissed, the instant Judgment is issued for purposes of finality. The Judgment is entered in favor of Defendants.

**IT IS SO ORDERED**, this 27th day of October 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge